UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA : CIVIL NO. 3:08-CV-278 (SRU)

v. :

REV. ANTHONY BRUNO, ET AL. : AUGUST 28, 2015

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above entitled action hereby stipulate that the matter may be dismissed with prejudice and without costs or attorneys' fees to any party.

PLAINTIFF
Noel Davila, #212726

DEFENDANTS
Rev. Anthony J. Bruno, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL

Maura Mastrony
Clendenen & Shea, LLC
Fed Bar No. ct 27787
400 Orange Street
New Haven, CT 06511
tel.: 203-7871183
fax :203-787-2847
Email: mam@clenlaw.com

Steven R. Strom
Assistant Attorney General
fed Bar. No. ct 01211
110 Sherman St.
Hartford, Ct 06105
 tel.: 860-808-5450
fax: 860-808-5591
steven.strom@ct.gov

## CERTIFICATION

I hereby certify that on August 28, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Steven R. Strom
Assistant Attorney General